# Court of Appeals
# of the State of Georgia

ATLANTA, ___August 08, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A2123.   THE CITY OF EAST POINT v. LILLIAN ANTOINETTE YOUNG.**

The City of East Point has filed a cross-appeal to Lillian Antoinette Young's appeal of the trial court's grant of summary judgment docketed as Case No. A16A1630. The City of East Point's cross-appeal has already been docketed as Case No. A16A1629. Because this case is duplicative of the cross-appeal in A16A1629, we hereby DISMISS this appeal as superfluous. Case No. A16A1629 remains pending for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___08/08/2016___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*